[No. 24904-2-III. Division Three. May 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LYLE FERDINAND HUMPHREY III, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-00216-9, Jerome J. Leveque, J., entered January 30, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kato, J. Pro Tem.

[No. 25013-0-III. Division Three. May 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY LYNN HELLUMS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 04-1-02435-3, C. James Lust, J., entered February 10, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown, J., and Kato, J. Pro Tem.

[No. 25141-1-III. Division Three. May 3, 2007.]

THE STATE OF WASHINGTON, *Respondent* v. RANDY RAMIRO DELEON, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 05-1-00168-2, Richard W. Miller, J., entered April 10, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kato, J. Pro Tem.

[No. 25345-7-III. Division Three. May 3, 2007.]

THE STATE OF WASHINGTON, *Appellant*, v. JACOB SELLERS, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-03664-1, Robert D. Austin, J., entered June 20, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kato, J. Pro Tem.